**CHASE** ◆
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

( Personal (New) )

September 01, 2011 through September 30, 2011
Account Number: ████████366219



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00675446 DRE 703 144 27411 NNNNNNNNNNNN T 1 000000000 61 0000
DORIS L GONZALEZ DIP
DEBTOR IN POSSESSION
CASE #10-61614
6047 SANTA YSABEL WAY
SAN JOSE CA 95123-3944

## CHECKING SUMMARY
Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2,000.00 |
| Fees and Other Withdrawals | 3 | - 1,317.50 |
| Ending Balance | 3 | $682.50 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/12 | 09/12 Withdrawal | | $500.00 |
| 09/13 | Check OR Supply Order | PPD ID: 1410216800 | 17.50 |
| 09/20 | 09/20 Transfer To Chk Xxxxx9032 | | 800.00 |
| | Total Fees & Other Withdrawals | | $1,317.50 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | $1,500.00 |
| 09/13 | 1,482.50 |
| 09/20 | 682.50 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 1 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |

Exhibit A
Case: 10-61614  Doc# 164-1  Filed: 10/21/11  Entered: 10/21/11 14:23:36  Page 1
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...  10/12/2011

**CHASE O**

September 01, 2011 through September 30, 2011
Account Number: 000000002366219

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance: $_____**

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total: $_____**

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total: $_____**

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total: -$_____**

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: **$_____**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 2
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

**CHASE** ◻

September 01, 2011 through September 30, 2011
Account Number: ●●●●●●●●●●●8219

| SERVICE CHARGE SUMMARY | *(continued)* |
|---|---|

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| **Total Service Fees** | **$0.00** |



Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 3
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

**CHASE** ⬡

September 01, 2011 through September 30, 2011
Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛219

This Page Intentionally Left Blank

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 4
of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

(Personal (old))

August 09, 2011 through September 09, 2011
Account Number: ●●●●●●●●●●9032



||I.||.I..I.I.I.I..I.I.I.I.I.I.I.I.I.I..I.II.II.II
00005394 DRE 703 142 25311 - NNNNNNNNNNN T 1 000000000 26 0000
DORIS L GONZALEZ
2053 RADIO AVE
SAN JOSE CA 95125-3550

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY    Chase Premier Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$1,001.41** |
| Deposits and Additions | 88.67 |
| Checks Paid | - 562.00 |
| ATM & Debit Card Withdrawals | - 582.08 |
| Electronic Withdrawals | - 152.37 |
| Fees and Other Withdrawals | - 219.00 |
| **Ending Balance** | **-$425.37** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.06 |

Good news.  Your Chase Premier Checking monthly service fee was waived because you kept an average combined balance of $15,000 in qualifying checking, savings, credit, securities and mortgage loan accounts during the statement period.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 173 ^ | 08/09 | $250.00 |
| 174 ^ | 08/17 | 40.00 |
| 176 * ^ | 09/06 | 52.00 |
| 177 ^ | 08/22 | 150.00 |
| 178 ^ | 08/30 | 30.00 |
| 179 ^ | 08/30 | 40.00 |
| **Total Checks Paid** | | **$562.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 5 of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

# CHASE ⬡

August 09, 2011 through September 09, 2011
Account Number: ▇▇▇▇▇▇59032

## BALANCING YOUR CHECKBOOK ─────────────────

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:                    Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                         Step 2 Total:    $_____

3. Add Step 2 Total to Step 1 Balance.                    Step 3 Total:    $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---------------------|--------|---------------------|--------|
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |
|                     |        |                     |        |

                                                         Step 4 Total:    -$_____

5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 6
of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...   10/12/2011

# CHASE ⬡

August 09, 2011 through September 09, 2011
Account Number: ████████████9032

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,001.41 |
| 08/09 | Card Purchase        08/08 Jack IN The Box 590 San Jose CA Card 8730 | - 5.55 | 995.86 |
| 08/09 | Check                # 173 | - 250.00 | 745.86 |
| 08/15 | Card Purchase        08/12 The Olive Gard00011841 San Jose CA Card 8730 | - 43.84 | 702.02 |
| 08/15 | Card Purchase With Pin  08/13 Sears Roebuck   1958 San Jose CA Card 8730 | - 134.04 | 567.98 |
| 08/15 | Card Purchase With Pin  08/14 Princess Party Sup San Jose CA Card 8730 | - 100.13 | 467.85 |
| 08/17 | Check                # 174 | - 40.00 | 427.85 |
| 08/22 | Check                # 177 | - 150.00 | 277.85 |
| 08/23 | Card Purchase        08/22 Tre*Topstyler 800-4747213 CA Card 8730 | - 37.87 | 239.98 |
| 08/24 | Card Purchase With Pin  08/24 Sears Roebuck   1958 San Jose CA Card 8730 | - 254.27 | -14.29 |
| 08/24 | Insufficient Funds Fee For A $254.27 Card Purchase With Pin - Details: 0564440824Sears Roebuck  1958 San Jose CA   04411037115338730 | - 34.00 | -48.29 |
| 08/25 | Card Purchase        08/24 IN-N-Out Burger 0000001 San Jose CA Card 8730 | - 6.38 | -54.67 |
| 08/25 | Insufficient Funds Fee For A $6.38 Card Purchase - Details: 0824IN-N-Out Burger 0000001 San Jose CA  04411037115338730 | - 34.00 | -88.67 |
| 08/29 | Insufficient Funds Fee Refund | 34.00 | -54.67 |
| 08/29 | Insufficient Funds Fee Refund | 1.00 | -53.67 |
| 08/29 | Transfer From Chk Xxxxx9503 | 53.67 | 0.00 |
| 08/30 | Check                # 179 | - 40.00 | -40.00 |
| 08/30 | Check                # 178 | - 30.00 | -70.00 |
| 08/30 | Insufficient Funds Fee For Check #179 IN The Amount of $40.00 | - 34.00 | -104.00 |
| 08/30 | Insufficient Funds Fee For Check #178 IN The Amount of $30.00 | - 34.00 | -138.00 |
| 08/31 | Sjwater    Web_Pay  00973402082611 Web ID: 5940838465 | - 152.37 | -290.37 |
| 08/31 | Insufficient Funds Fee For A $152.37 Item - Details: Sjwater    Web_Pay 00973402082611  Web ID: 5940838465 | - 34.00 | -324.37 |
| 09/06 | Check                # 176 | - 52.00 | -376.37 |
| 09/06 | Insufficient Funds Fee For Check #176 IN The Amount of $52.00 | - 34.00 | -410.37 |
| 09/07 | Extended Overdraft Fee | - 15.00 | -425.37 |
| | Ending Balance | | -$425.37 |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $219.00 | $355.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**Total Refunds for Overdraft or Returned Item Fees Identified above:**   $35.00   $35.00

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 7
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...   of 30   10/12/2011



August 09, 2011 through September 09, 2011
Account Number:     000000952359032

This Page Intentionally Left Blank

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754



| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00697490 DRE 703 144 27411 NNNNNNNNNNN T 1 000000000 60 0000

**DORIS L GONZALEZ DBA EMANUEL'S CARE HOME**
**DEBTOR IN POSSESSION**
**CASE #10-61614**
**2053 RADIO AVE**
**SAN JOSE CA 95125-3550**

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$25,794.39** |
| Deposits and Additions | 2 | 17,076.77 |
| Checks Paid | 15 | - 9,329.74 |
| ATM & Debit Card Withdrawals | 49 | - 4,032.43 |
| Electronic Withdrawals | 2 | - 1,166.79 |
| Fees and Other Withdrawals | 2 | - 1,330.00 |
| **Ending Balance** | **70** | **$27,012.20** |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
| --- | --- | --- | --- |
| 09/12 | Deposit | 249081428 | $4,805.00 |
| 09/20 | Deposit | 217272423 | 12,271.77 |
| **Total Deposits and Additions** | | | **$17,076.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | | DATE PAID | AMOUNT |
| --- | --- | --- | --- | --- |
| 1483 ^ | | *ESTHER* | 09/01 | $756.93 |
| 1484 ^ | 09/01 | *Leticia* | 09/01 | 279.45 |
| 1485 ^ | | *Graciela* | 09/06 | 341.35 |
| 1486 ^ | | *Cristina* | 09/01 | 399.14 |
| 1487 ^ | | *Guadalupe* | 09/02 | 200.00 |
| 1488 ^ | | | 09/06 | 150.00 |
| 1489 ^ | 09/16 | | 09/16 | 279.45 |
| 1490 ^ | 09/16 | | 09/16 | 399.14 |



## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:        Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |

                                                                Step 2 Total: $_____

3. **Add Step 2 Total to Step 1 Balance.**                      Step 3 Total: $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

                                                                Step 4 Total: -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 10 of 30




## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1491 ^ | | 09/19 | 150.00 |
| 1492 ^ | 09/16 | 09/16 | 341.35 |
| 1493 ^ | | 09/16 | 756.93 |
| 1496 * ^ | | 09/21 | 156.00 |
| 1497 ^ | | 09/28 | 40.00 |
| 1498 ^ | | 09/28 | 80.00 |
| 1501 * ^ | | 09/29 | 5,000.00 |

**Total Checks Paid**      **$9,329.74**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | Card Purchase      08/31 Harold Baumstein Dds San Jose CA Card 5915 | $800.00 |
| 09/01 | Card Purchase W/Cash   08/31 Foodmaxx#460 San Jose. San Jose CA Card 5915 Purchase $12.39 Cash Back $40.00 | 52.39 |
| 09/01 | Card Purchase With Pin   09/01 Chavez Supermarket San José CA Card 5915 | 29.04 |
| 09/01 | Card Purchase With Pin   09/01 Lucky #763.San Jose CA San Jose CA Card 5915 | 27.16 |
| 09/01 | Card Purchase With Pin   09/01 Autozone 3369 4580 Alm San Jose CA Card 5915 | 29.08 |
| 09/02 | Card Purchase With Pin   09/02 Costco Whse #0470 San Jose CA Card 5915 | 370.94 |
| 09/06 | Card Purchase      09/01 Santa Teresa Calco San Jose CA Card 5915 | 20.02 |
| 09/06 | Card Purchase With Pin   09/05 Arteaga's Food Center San Jose CA Card 5915 | 36.49 |
| 09/06 | Card Purchase With Pin   09/06 Santa Teresa Calco San Jose CA Card 5915 | 60.49 |
| 09/07 | Card Purchase With Pin   09/06 Foodmaxx#460 San Jose. San Jose CA Card 5915 | 231.50 |
| 09/12 | Card Purchase      09/08 Taqueria Tlaquepaque #3 San Jose CA Card 5915 | 19.21 |
| 09/12 | Card Purchase With Pin   09/10 The Home Depot 622 San Jose CA Card 5915 | 197.70 |
| 09/12 | Card Purchase With Pin   09/10 The Home Depot 622 San Jose CA Card 5915 | 87.36 |
| 09/12 | Card Purchase With Pin   09/10 Chavez Supermarket San Jose CA Card 5915 | 19.44 |
| 09/12 | Card Purchase With Pin   09/11 Santa Teresa Calco San Jose CA Card 5915 | 60.49 |
| 09/14 | Card Purchase      09/12 Music Go Round 408-4482263 CA Card 5915 | 38.95 |
| 09/15 | Card Purchase      09/14 Party City #638 San Jose CA Card 5915 | 93.95 |
| 09/15 | Card Purchase With Pin   09/15 Htb #0734 Hacie 3085 M San Jose CA Card 5915 | 15.35 |
| 09/15 | Card Purchase With Pin   09/15 Target T1927 Target T1 San Jose CA Card 5915 | 43.11 |
| 09/16 | Card Purchase      09/15 Chevron 00096139 San Jose CA Card 5915 | 78.03 |
| 09/16 | Card Purchase With Pin   09/16 The Home Depot #1861 San Jose CA Card 5915 | 95.00 |
| 09/19 | Card Purchase      09/16 Cashncarry571 51705713 San Jose CA Card 5915 | 237.42 |
| 09/19 | Card Purchase With Pin   09/16 Target T1927 Target T1 San Jose CA Card 5915 | 127.76 |
| 09/19 | Card Purchase With Pin   09/19 Foodmaxx#460 San Jose. San Jose CA Card 5915 | 36.53 |
| 09/21 | Card Purchase With Pin   09/20 Cvs 09808 09808-- San Jose CA Card 5915 | 19.49 |
| 09/21 | Card Purchase With Pin   09/21 Cvs 09808 09808-- San Jose CA Card 5915 | 53.88 |
| 09/21 | Card Purchase With Pin   09/21 The Vitamin Shoppe  23 San Jose CA Card 5915 | 54.51 |
| 09/22 | Card Purchase With Pin   09/21 Target T1927 Target T1 San Jose CA Card 5915 | 96.09 |
| 09/23 | Card Purchase      09/21 Santa Teresa Calco San Jose CA Card 5915 | 87.90 |



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/23 | Card Purchase With Pin  09/23 Marina Food #5 4148 MO San Jose CA Card 5915 | 52.95 |
| 09/26 | Card Purchase With Pin  09/24 Goodwill of Silicon VA San Jose CA Card 5915 | 17.47 |
| 09/26 | Card Purchase          09/24 Tacos AL Pastor 408-2651198 CA Card 5915 | 19.32 |
| 09/26 | Card Purchase With Pin  09/24 The Home Depot 622 San Jose CA Card 5915 | 71.64 |
| 09/26 | Card Purchase With Pin  09/24 The Home Depot #1009 San Jose CA Card 5915 | 147.08 |
| 09/26 | Card Purchase          09/25 Taqueria Tlaquepaque #3 San Jose CA Card 5915 | 25.28 |
| 09/26 | Card Purchase With Pin  09/26 Petco Animal Supplies San Jose CA Card 5915 | 71.96 |
| 09/26 | Card Purchase With Pin  09/26 Chavez Supermarket San Jose CA Card 5915 | 64.62 |
| 09/27 | Card Purchase          09/26 Pet Food Exp 3047 San Jose CA Card 5915 | 75.75 |
| 09/28 | Card Purchase          09/27 Shell Oil 57444212807 San Jose CA Card 5915 | 78.08 |
| 09/28 | Card Purchase          09/27 Htb #0734 Hacienda G San Jose CA Card 5915 | 16.00 |
| 09/28 | Card Purchase With Pin  09/28 Chavez Supermarket San Jose CA Card 5915 | 3.03 |
| 09/28 | Card Purchase With Pin  09/28 Walgreens 2585 Almaden San Jose CA Card 5915 | 37.86 |
| 09/28 | Card Purchase With Pin  09/28 Arteaga's Food Center San Jose CA Card 5915 | 50.96 |
| 09/29 | Card Purchase          09/28 Willow Glen Ace Hardwa San Jose CA Card 5915 | 38.95 |
| 09/29 | Card Purchase With Pin  09/29 Cvs 09808 09808-- San Jose CA Card 5915 | 17.52 |
| 09/29 | Card Purchase With Pin  09/29 Cvs 09808 09808-- San Jose CA Card 5915 | 38.61 |
| 09/29 | Card Purchase With Pin  09/29 Sears Roebuck  1958 San Jose CA Card 5915 | 72.45 |
| 09/29 | Card Purchase With Pin  09/29 Dollar Tree #02083 San Jose CA Card 5915 | 5.38 |
| 09/30 | Card Purchase With Pin  09/30 Chavez Supermarket San Jose CA Card 5915 | 8.24 |
| | **Total ATM & Debit Card Withdrawals** | **$4,032.43** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/12 | 09/12 Online Payment 2165046406 To Pacific Gas & Electric | $467.76 |
| 09/15 | Pacific Gas/Elec Online Pmt          PPD ID: 9500000000 | 699.03 |
| | **Total Electronic Withdrawals** | **$1,166.79** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/12 | 09/12 Withdrawal | $100.00 |
| 09/20 | 09/20 Withdrawal | 1,230.00 |
| | **Total Fees & Other Withdrawals** | **$1,330.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 09/01 | $23,421.20 | 09/15 | 24,973.06 |
| 09/02 | 22,850.26 | 09/16 | 23,023.16 |
| 09/06 | 22,241.91 | 09/19 | 22,471.45 |
| 09/07 | 22,010.41 | 09/20 | 33,513.22 |
| 09/12 | 25,863.45 | 09/21 | 33,229.34 |
| 09/14 | 25,824.50 | 09/22 | 33,133.25 |

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 12 of 30


This Page Intentionally Left Blank

| ck # | description | date | amount | reason | site |
|---|---|---|---|---|---|
| 1483 | esther | 09/01/11 | $756.93 | employee | radio |
| 1484 | leticia | 09/01/11 | $279.45 | employee | radio |
| 1486 | cristina | 09/01/11 | $399.14 | employee | radio |
| 1487 | guadalupe | 09/02/11 | $200.00 | helper | radio |
| 1488 | alvaro molina | 09/06/11 | $150.00 | gardener | radio |
| 1489 | leticia | 09/16/11 | $279.45 | employee | radio |
| 1490 | cristina | 09/16/11 | $399.14 | employee | radio |
| 1491 | guadalupe | 09/19/11 | $150.00 | helper | radio |
| 1493 | esther | 09/16/11 | $756.93 | employee | radio |
| 1496 | san jose meridian | 09/21/11 | 156.00 | registration (toyt) | radio |
| 1497 | miel | 09/21/11 | 40.00 | meal | radio |
| 1498 | miel | 09/28/11 | 80.00 | bible/veil for sabrina | radio |
| 1501 | daniel burban | 09/29/11 | 5,000.00 | deposit for roof | radio |
| atm | costco | 09/02/11 | 370.94 | grocery | radio |
| atm | artiaga food | 09/06/11 | 36.49 | grocery | radio |
| atm | calco | 09/06/11 | 60.49 | gas | radio |
| atm | food max | 09/07/11 | 231.50 | grocery | radio |
| atm | tlaquepaque | 09/12/11 | 19.21 | meal | radio |
| atm | calco | 09/12/11 | 60.49 | gas | radio |
| atm | party city | 09/12/11 | 93.95 | conrad party | radio |
| atm | chevron | 09/16/11 | 78.03 | gas | radio |
| atm | cashandcarry | 09/19/11 | 237.42 | grocery | radio |
| atm | target | 09/19/11 | 127.76 | snacks | radio |
| atm | cvs | 09/21/11 | 53.88 | soaps | radio |
| atm | target | 09/22/11 | 96.09 | snacks | radio |
| atm | calco | 09/23/11 | 87.90 | gas | radio |
| atm | tacos al pastor | 09/26/11 | 19.32 | meal | radio |
| atm | tlaquepaque | 09/26/11 | 25.28 | meal | radio |
| atm | chavez supermarket | 09/26/11 | 64.62 | grocery | radio |
| atm | shell | 09/28/11 | 78.08 | gas | radio |
| atm | hacienda g | 09/28/11 | 16.00 | meal | radio |
| atm | walgreens | 09/28/11 | 37.86 | sodas | radio |
| atm | artiaga food | 09/28/11 | 50.96 | grocery | radio |
| atm | cvs | 09/29/11 | 38.61 | bath soap | radio |
| atm | sears | 09/29/11 | 72.45 | blanket | radio |

| | | | | | |
|---|---|---|---|---|---|
| atm | dollars | 09/29/11 | 5.38 snacks | radio | |
| atm | pg&e | 09/12/11 | $699.03 utilies | radio | |
| atm | PI | 09/12/11 | $100.00 allowances | radio | |
| atm | PI | 09/12/11 | $1,085.00 for all 6 clients | radio | employee |
| | | | $12,493.78 | | $2,871.04 |
| | | | | | $9,622.74 |
| | 1485 graciela | 09/06/11 | $341.35 employee | santa ysabel | |
| | 1492 graciela | 09/16/11 | $341.35 employee | santa ysabel | |
| atm | food max | 09/01/11 | 52.39 grocery | santa ysabel | |
| atm | chavez supermarket | 09/01/11 | 29.04 grocery | santa ysabel | |
| atm | lucky 7 | 09/01/11 | 27.16 grocery | santa ysabel | |
| atm | auto zone | 09/01/11 | 29.08 auto parts | santa ysabel | |
| atm | calco | 09/06/11 | 20.02 gas | santa ysabel | |
| atm | home depot | 09/12/11 | 197.70 floor repair | santa ysabel | |
| atm | home depot | 09/12/11 | 87.36 floor repair | santa ysabel | |
| atm | chavez supermarket | 09/12/11 | 19.44 grocery | santa ysabel | |
| atm | music go around | 09/12/11 | 38.95 instrument cleaner | santa ysabel | |
| atm | hacienda g | 09/15/11 | 15.35 meal | santa ysabel | |
| atm | target | 09/15/11 | 43.11 snacks | santa ysabel | |
| atm | home depot | 09/16/11 | 95.00 floor repair | santa ysabel | |
| atm | food max | 09/19/11 | 36.53 grocery | santa ysabel | |
| atm | cvs | 09/21/11 | 19.49 cereals | santa ysabel | |
| atm | the vitamin shop | 09/21/11 | 54.51 vitamins | santa ysabel | |
| atm | marina food | 09/23/11 | 52.95 grocery | santa ysabel | |
| atm | goodwill | 09/26/11 | 17.47 game for eva | santa ysabel | |
| atm | home depot | 09/26/11 | 71.64 floor repair | santa ysabel | |
| atm | home depot | 09/26/11 | 147.08 floor repair | santa ysabel | |
| atm | petco | 09/26/11 | 71.96 barquin stop | santa ysabel | |
| atm | food express | 09/27/11 | 75.75 grocery | santa ysabel | |
| atm | chavez supermarket | 09/28/11 | 3.03 snacks | santa ysabel | |
| atm | willow glen ace hard | 09/29/11 | 38.95 floor repair | santa ysabel | |
| atm | cvs | 09/29/11 | 17.52 snacks | santa ysabel | |
| atm | chavez supermarket | 09/29/11 | 8.24 vegies | santa ysabel | |
| atm | pg&e | 09/12/11 | $467.76 utilies | santa ysabel | |
| atm | PI | 09/12/11 | $145.00 eva | santa ysabel | employee |
| | | | $2,565.18 | | $682.70 |
| | | | | | $1,882.48 |

atm

Harol Bauntein DDS

09/01/11

800.00 dentist for doris

$15,858.96

**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

( Cayuga )

September 01, 2011 through September 30, 2011
Account Number: 0000000000365708

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
00617541 DRE 703 144 27411 NNNNNNNNNNN T 1 000000000 60 0000

DORIS L GONZALEZ DIP
DEBTOR IN POSSESSION
CASE #10-61614
6047 SANTA YSABEL WAY
SAN JOSE CA 95123-3944



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY     Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$2,371.00** |
| Deposits and Additions | 1 | 2,324.00 |
| Fees and Other Withdrawals | 2 | - 512.00 |
| Ending Balance | 3 | **$4,183.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | Deposit     119434323 | $2,324.00 |
| **Total Deposits and Additions** | | **$2,324.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/20 | 09/20 Withdrawal | $500.00 |
| 09/30 | Service Fee | 12.00 |
| **Total Fees & Other Withdrawals** | | **$512.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | $4,695.00 |
| 09/20 | 4,195.00 |
| 09/30 | 4,183.00 |

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 17
https://instantimage-1.jpmchase.net:5000/Star/action/Point.do?singleItem=checkbox_DD...    10/12/2011

**CHASE** ◼

September 01, 2011 through September 30, 2011
Account Number: ▓▓▓▓▓▓▓565708

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.**

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:** $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:** $_____

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:** $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | | |

**Step 4 Total:** -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance.  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

▤ **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 18 of 30
https://instantimage-1.jpmchase.net:5000/Star/actionPrint.do?singleItem=checkbox_DD...   10/12/2011

# CHASE ◼

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$12.00** |



Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 19
of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

CHASE ◼

September 01, 2011 through September 30, 2011
Account Number: ▆▆▆▆▆▆▆▆▆▆65708

This Page Intentionally Left Blank

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 20
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011



# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 01, 2011 through September 30, 2011
Account Number: ●●●●●●●●●71497



||ll..l...l.l.l.l..l..l.l.l..l.l.l.l...l.l..ll..ll
00638881 DRE 703 144 27411 NNNNNNNNNNNT 1 000000000 60 0000
DORIS L GONZALEZ DBA EMANUEL'S CARE HOME
DEBTOR IN POSSESSION
CASE #
2053 RADIO AVE
SAN JOSE CA 95125-3550

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | **1-800-242-7383** |
| Para Espanol: | **1-888-622-4273** |
| International Calls: | **1-713-262-1679** |

## SAVINGS SUMMARY    Chase Business Select High Yield Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,355.07** |
| Deposits and Additions | 1 | 0.07 |
| Fees and Other Withdrawals | 1 | - 15.00 |
| **Ending Balance** | **2** | **$2,340.14** |
| Annual Percentage Yield Earned This Period | | 0.04% |
| Interest Earned This Period | | $0.07 |
| Interest Paid Year-to-Date | | $0.63 |

You could earn an even higher interest rate on your  Chase Business Select High Yield Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$2,355.07** |
| 09/30 | Interest Payment | 0.07 | 2,355.14 |
| 09/30 | Service Fee | - 15.00 | 2,340.14 |
| | **Ending Balance** | | **$2,340.14** |

You can waive your monthly service fee by maintaining an average savings balance of $10,000 or more during the statement period.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 21 of 30


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:     Step 1 Balance: $_____

2. List and total all deposits & additions  not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total: $_____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total: $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total: -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable customer agreement that governs your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 22 of 30



**CHASE** 🅾

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

*(Dulcey)*

September 01, 2011 through September 30, 2011
Account Number: ●●●●●●●●●●65690

| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00617540 DRE 703 144 27411 NNNNNNNNNNNN T 1 000000000 60 0000
DORIS L GONZALEZ DIP
DEBTOR IN POSSESSION
CASE #10-61614
6047 SANTA YSABEL WAY
SAN JOSE CA 95123-3944



## CHECKING SUMMARY          Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $16,276.85 |
| Deposits and Additions | 1 | 2,000.00 |
| Ending Balance | 1 | $18,276.85 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | Deposit    249081500 | $2,000.00 |
| **Total Deposits and Additions** | | **$2,000.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | $18,276.85 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 23
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011



September 01, 2011 through September 30, 2011
Account Number: ████████65690

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:** $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**Step 2 Total:** $ _____

3. Add Step 2 Total to Step 1 Balance.  **Step 3 Total:** $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$ _____

5. Subtract Step 4 Total from Step 3 Total.  **This should match your Checkbook Balance:** $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 24
of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011



## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Total Service Fees | $0.00 |



Case 10-31614   Doc# 124-5   Filed 10/21/11   Entered 10/21/11 14:23:36   Page 25 of 30

**CHASE ◻**

September 01, 2011 through September 30, 2011
Account Number: ████████████5690

This Page Intentionally Left Blank

Page 4 of 4

Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 26
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...    10/12/2011

# CHASE 
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

(Teak Grove)

September 01, 2011 through September 30, 2011
Account Number: ████████65682

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00617539 DRE 703 144 27411 NNNNNNNNNNN T 1 000000000 60 0000
DORIS L GONZALEZ DIP
DEBTOR IN POSSESSION
CASE #10-61614
6047 SANTA YSABEL WAY
SAN JOSE CA 95123-3944



## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $7,406.00 |
| Deposits and Additions | 1 | 2,002.00 |
| Ending Balance | 1 | $9,408.00 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/12 | Deposit    249081427 | $2,002.00 |
| **Total Deposits and Additions** | | **$2,002.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/12 | $9,408.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 1 |
| Deposited Items | 2 |
| **Transaction Total** | **3** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 27
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...   10/12/2011

**CHASE** ⬤

September 01, 2011 through September 30, 2011
Account Number: ⬛⬛⬛⬛⬛⬛⬛⬛⬛5682

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:  **Step 1 Balance:** $ _____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

**Step 2 Total:** $ _____

3. Add Step 2 Total to Step 1 Balance.   **Step 3 Total:** $ _____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Step 4 Total:** -$ _____

5. Subtract Step 4 Total from Step 3 Total.  **This should match your Checkbook Balance:** $ _____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠 **JPMorgan Chase Bank, N.A. Member FDIC**

Case: 10-61614   Doc# 164-1   Filed: 10/21/11   Entered: 10/21/11 14:23:36   Page 28 of 30
https://instantimage-1.jpmchase.net:5000/Star/action/Print.do?singleItem=checkbox_DD...   10/12/2011

**CHASE**

September 01, 2011 through September 30, 2011
Account Number: ██████████5682

| **SERVICE CHARGE SUMMARY** | *(continued)* |
| --- | --- |

| SERVICE FEE CALCULATION | AMOUNT |
| --- | --- |
| **Total Service Fees** | **$0.00** |



Case: 10-61614    Doc# 164-1    Filed: 10/21/11    Entered: 10/21/11 14:23:36    Page 29
of 30
https://instantimage-1.jpmchase.net:5000/Star/actionPrint.do?singleItem=checkbox_DD...    10/12/2011

**CHASE** ⬤

September 01, 2011 through September 30, 2011
Account Number: ◼◼◼◼◼◼◼◼5682

This Page Intentionally Left Blank